```
FILED

Mar 24 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
```

Plaintiff's Name SIMMONS D. Gabriel

Prisoner No. AV-0527

Institutional Address SALLey VALLey STATE

Prison, P.O. Box 1050,

Soledad, California 93960

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

SIMMONS D. Gabriel

*(Enter your full name)*

v.

Defendants M. Avila,

M. Perez, And (WARDEN)

At SALinas VALLey STATE

prison, ET, al.

*(Enter the full name(s) of all defendants in this action)*

Case No. 22-cv-1851-JSC

*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

A. Place of present confinement SALinas VALLey STATE prison IV/Soledad, CA

**B.** Is there a grievance procedure in this institution?   ☒ **YES**   ☐ **NO**

C. If so, did you present the facts in your complaint for review through the grievance procedure?
   ☒ **YES**   ☐ **NO**

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

   1. Informal appeal: (# 000000 206771); Was process

   Without Appropriate response For exhausts to Proceed

   Further IF Necessary.

   2. First formal level: (# 000000 206771)-(SAME)

3.  Second formal level: (☒ Gooooo 206771) - (sAme)

_____

4.  Third formal level: (☒ ooooo 206771) - (sAme)

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?
    ☐ YES        ☒ NO

F.  If you did not present your claim for review through the grievance procedure, explain why.

_____
_____
_____

## II. Parties.

A.  If there are additional plaintiffs besides you, write their name(s) and present address(es).

_____
_____
_____

B.  For each defendant, provide full name, official position and place of employment.

1.) INMATE Lewis (* BP-0880)

2.) correctioNAl, officer (c/o), Avila, (post position - D4 CNTrol") at California STATE prison - SAliNas VAlley STATE prison

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1.) oN Tuesday, December 28,2021, at approximately 11:18 MoriNg hour's, i WAs using the telephone Schedule time i signed-up For;

_____

2.) THE Control booth Correctional Officer (c/o) M. Avila, release inmate Lewis, (BP-0880), From his assigned Cell-102;

3.) THE Control booth Correctional Officer (c/o), M. Avila, Observed inmate Lewis, (BP-0880) Approached me and without Warning Started attacking me by Punishing me with his Fist's;

4.) I was struck Multiple times in the Facial and upper torso area which caused dizzingness temporarily From being punished by inmate Lewis, (BP-0880);

5.) Fearing the situation I was in, i try to escape by backing away From My attacker inmate Lewis, (BP-0880) who continue advancing towards me with his Fist clinich-swing both at me;

6.) THE Control booth Correctional Officer (c/o), M. Avila, who Observing Me being attack and assaulted did nothing to help me but yelled get down. As inmate Lewis, (BP-0880), continue his Assaultive actions on me;

7.) As i continue trying to escape my attacker inmate Lewis, (BP-0880), i heard a Gun shot go off when i realized the Control booth Correctional Officer (c/o), M. Avila, shot me.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

8.) Granting plaintiff Simmon's declaration that the acts and omission's described herein violate his right's under the Constitution and Laws of the united states;

10.) Granting plaintiff Simmon's Compensatory damage, in the amount $4.7 MILLION against each defendants, Jointly and Severally;

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

X   Executed on: ___3-9-22___        _____
                      Date                    Signature of Plaintiff

III. STATENt OF CLAIM.

1  with a direct Impact oF his 40.MiLLimeter (40 mm) batoN
2  round that caused excruating pain. physicauy;
3  8.) As a result, i suffered physicauy and emotionau distress
4  that has worsen my mental health conditions/disorders,

5
6

7  IV. RELieF CONTINE.

8

9  11.) PLAintiFF ALso seek punitive damage in the amount oF
10  $50,000 thousand dollars against each defendent's jointly
11  and severally.

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit "A"



CALIFORNIA DEPARTMENT *of*
Corrections and Rehabilitation

# OFFICE OF GRIEVANCES DECISION

**Offender Name:**  SIMMONS, GABRIEL DOMINIQUE                    **Date:**  01/08/2022
**CDC#:**  AV0527

**Current Location:**  SVSP-Facility D                    **Current Area/Bed:** D  004 1 - 104001U

**Log #:**  000000206771

---

## Claim #: 001

**Received at Institution/Parole Region:**        Salinas Valley State Prison
**Submitted to Facility/Parole District:**        Salinas Valley State Prison
**Housing Area/Parole Unit:**
**Category:**   Offender Discipline                    **Sub-Category:**   Serious Rules Violation Report

The California Department of Corrections and Rehabilitation received your grievance on 01/06/2022 which you submitted on 01/06/2022.

Pursuant to the California Code of Regulations, title 15, your claim has been identified as an allegation of staff misconduct, meaning it will be referred outside the grievance and appeal process to an appropriate authority within the Department for the purpose of gathering facts needed to prove or disprove the allegation. A separate response will be provided to you at the conclusion of that process. This decision exhausts all administrative remedies available to you for this claim.

**Decision: Allegation of Staff Misconduct**

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (`13/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 1 of 2

**STAFF USE ONLY**

| | |
|---|---|
| Grievance #: | 206771 |
| Date Received: | RECEIVED JAN 06 2022 |
| Date Due: | |
| Categories: | |

*This is the process to ask for help with a complaint.*

Claimant Name: Gabriel Simmons    CDCR #: AV0527  Current Housing/Parole Unit: D4-104u.
Institution/Facility/Parole Region: Salinas Valley State Prison, Soledad, CA

In order for the Department to understand your complaint, make sure you have answered the following questions:

1) • What is the nature of your complaint?
2) • When and where did the complaint occur?
3) • Who was involved?
4) • Which specific people can support your complaint?
5) • Did you try to informally resolve the complaint?
6) • What rule or policy are you relying on to make your complaint?
7) • Are there documents that would be helpful to support your position? List the documents if you do not have them. Please note that documents submitted with this form will not be returned.
8) • What specific action would resolve your complaint?

1) Failure To Protect Claimant From Attack From an Inmate
2) Facility D4 - Dayroom
3) Claimant Inmate Gabriel Simmons / Inmate Lewis BP0880 D4-102u.
4) Mr. Timothy Baker # K62174 D4-101 Low.
5) Yes. verbally
6) CCR Title 15 § 3271(G) Employee Responsibility) Penal Code § 118.1
15 CCR § 3484 Allegations of Staff Misconduct. C/o M. Avila.
Sgt J. Thich. CCII M. Curiel. (1) C/o M. Avila filing A False RVR
and Making False Allegations. In his reporting officer status
In re: To RVR Log# 7149564 specific Act: Fighting. CCR § 3005(d/1)
12-29-21. persuant to Penal Code § 118.1 Peace officer False Report-
ing.
7) Serious Rules Violation Report  12-29-21. Reporting Employee
C/o M. Avila
8)(1) That RVR Log# 7149564. Bo(1) Dismissed In the Interest
of Justice (2) And or Reduced To A Lesser Included offense
128-Administrative RVR (3) An Allegations of staff Misconduct
Investigation be conducted. For C/o M. Avilas. Failure To Protect
Claimant From A violent Attack Inflicted upon claimant
unprovoked by Inmate Lewis BP0880 on 12-28-2021

DISTRIBUTION    Original: Offender's File    Copies: DAI, DAPO, and Offender          ADA Accessible

STATE OF CALIFORNIA
**GRIEVANCE**
CDCR 602-1 (03/20)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

Statement of Facts on Tuesday December 28, 2021 at 11:18 Hours. Claimant was in D4-A-Section using the Dads phone when Inmate Lewis was having some sort of mental Health Crisis I Noticed C/o R. Rogue approach cell D4-102 to speak to Inmate Lewis. BP0880 regarding his Mental Health issues and to see if he was doing Well. C/o R. Rogue submitted A Mental Health Referral for Inmate Lewis to be seen. While Claimant was on the phone Inmate Lewis in A fast pace went up to Claimant Inmate Simmons. And began punching me in my head and face area. I put the phone down as Inmate Lewis put his hands in A stance position to square off with me, as I'm backing away with my hands in A protective position raised up under my chin. As Inmate Lewis continued to approach me to inflict me with blows to my head & face area. C/o M. Avila told both of us to get down in the prone position. It was Not safe for me to get down while Inmate Lewis was Not restrained in hand cuffs after just assaulting me unprovoked. I was then subsequently shot with the 40 mm Launcher. I was trying to get down all of the while watching Inmate Lewis and fearing for my life health and safety as well as further injuries, being inflicting. C/o M. Avila allowed Inmate Lewis out of his cell unescorted to enable him to physically assault me. C/o M. Avila had reasonable knowledge that. Inmate Lewis was agitated and having A MH Crisis And failed to act on it. But rather Filed A False RVR Alleging I was throwing punches & striking back at Inmate Simmons when I wasn't. I was only trying to protect myself from further violence at the hands of another Inmate. C/o M. Avila Failed to protect me from A violent Attack from another Inmate, showing Deliberate Indifference to my need to Be protected from attacks from another Inmate. Lewis

**Reminder:** Please attach all documents in your possession that support your claim(s).

Please note that this form and supporting documents will not be returned to you.

X **Claimant Signature:** _____

Date Signed: 12/28/2021



**CALIFORNIA DEPARTMENT of**
**Corrections and Rehabilitation**

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | EPRD | FACILITY | HOUSING LOCATION |
|---|---|---|---|---|
| AV0527 | SIMMONS, GABRIEL D. | 12/20/2027 | SVSP-Facility D | SVSP-D - D 004 1 - 104001U |

| VIOLATION DATE | VIOLATION TIME | VIOLATION LOCATION | WITH STG NEXUS |
|---|---|---|---|
| 12/28/2021 | 11:18:00 | SVSP-Facility D - DAYROOM | No |

Did the reporting employee ensure the inmate understands (to the best of his/her ability) the consequences of the continued misconduct? N/A

Did the reporting employee take into consideration the severity of the inmate's disability and the need for adaptive support services when determining the method of discipline? N/A

CIRCUMSTANCES OF VIOLATION
On Tuesday December 28, 2021 at approximately 1118 hours while performing my duties as D4 control, I released Inmate Lewis BP0880 D4-102U for a ducat for indoor group to the Mental Health Building. Inmate Lewis approach Inmate Simmons AV0527  D4-104U and started striking Inmate Simmons on his upper torso and facial area with his fist. Inmate Simmons started striking back at Inmate Lewis upper torso and facial area. Both inmate were later identified by their state issued ID cards. Inmate Simmons got down in a prone position after 40mm direct Impact round was used. Inmate Simmons is aware of receiving a 115 rule violation report for fighting.
Perner #█████

| REPORTING EMPLOYEE | TITLE | ASSIGNMENT | RDO | DATE: |
|---|---|---|---|---|
| M. Avila | C/O | D4 Control | F/S | 12/29/2021 |

| RVR LOG NUMBER:  000000007149564 | VIOLATED RULE NUMBER:  3005(d)(1) |
|---|---|
| SPECIFIC ACT:  Fighting | |

CLASSIFICATION

| LEVEL:  Serious | OFFENSE DIVISION:  Division D |
|---|---|
| REFERRED TO:  Senior Hearing Officer | FELONY PROSECUTION LIKELY:  No |

| REVIEWING SUPERVISOR | TITLE | DATE |
|---|---|---|
| J. Thich | sgt | 12/29/2021 |

| CLASSIFIED BY | TITLE | DATE |
|---|---|---|
| M. Curiel | CCII | 12/29/2021 |

CDCR SOMS ISST120 - RULES VIOLATION REPORT

I was on the phone Talking To my Family
on 12-28-21 approximately 11.18 C/o Avila
let out Inmate Lewis (BP0880), Inmate
Lewis (BP0880) Approcah while I was
phone On the phone Asking Me I am
Finsh with my call I said "Yes" Inmate
(BP0880) Lewis Attaked me I put my
Hands up to Defend myself with out throwing
a Punch C/o Avila said get Down turn He
Shot me in the Right leg with the (40mm)

I want to know why DID I
got Shod when Inmate Lewis (BP0880)
was the one who Attaked me. when
C/o Avila Stated he seen Inmate Lewis
(BP0880) Approch and Attaked me why
C/o Avila didnt Shoot Inmate Lewis (BP0880)
when He seen Him Apronch me stret to
Attaked me

I feel C/o Avila Fail to Protect me

DeCLARATION

I, Nissan Wells, declare that the Foregoing is true and correct. On _____ 2021 I was Housed in D4-127, But I was aloud to go into APod 101: to see inmate baker to get some help with legal work when I observed c/o in the tower let out inmate Lewis cocr#BP0880 come out his cell and attack inmate Gabriel Simmons cdcr#AV0527 while he was on the phone talking to his family and the c/o that work in the tower shot inmate Gabriel Simmons for no Reason at all he was not Fighting at all he inmate Gabriel Simmons was attack while he was on the phone.

So the c/o that work that day in the tower ~~c/o~~ targeted inmate Gabriel Simmons for no Reason at all in shot him in the leg.

I the under sign declare under the penalty of perjury that the above statement is true and and correct and that this statement was excuted on march 4, 2022.

_____
Sighnt ture

AS7049.
C. D. C. R. No.

DECLARATION

I, Timothy Baker #K62174, declare that the Foregoing is true and correct:

ON December 28, 2021 @ 11:18 Hours. I personally witnessed Gabriel Simmons. CDC# AV0527 be physically attacked by Mr. Lewis, CDC# BP0880 ON December 28, 2021 G. Simmons was using the (D4-A Section) Telephone When Mr. Lewis was allowed out of cell D4-102 to assault G. Simmons, unprovoked by G. Simmons. I Noticed Mr. Lewis strike G. Simmons with several blows to his head & face. Simmons dropped the phone as, Mr. Lewis squared off and took a stance with his fist's raised IN a fighting position. G. Simmons was backing away from Mr. Lewis with his hands to his chin to defend himself. C/o M. Avila allowed this to transpire. I heard him C/o M. Avila tell both people to get down, and did Not allow. G. Simmons to do so, But rather shot him with the 40 mm. Launcher injuring him, which warranted medical Attention.

I the under sign declare under penalty of perjury that the above statement is true and correct and that this statement was executed oN 3/7/ 2022.

_Timothy Baker_
SIGNATURE

K-62174           , D4-101 Low.
C.D.C.R. NO.

Exhibit
"B"

STATE OF CALIFORNIA

**MEDICAL REPORT OF INJURY**
**OR UNUSUAL OCCURRENCE**
CDCR 7219 (Rev. 01/18)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

D4 - 104

Page 1 of 2

| NAME OF INSTITUTION | LOCATION OF EVALUATION | DATE |
|---|---|---|
| SUSP | D4 - shower cell | 12-28-2021 |

| REASON FOR REPORT | ☐ ALLEGATION | ☐ ON THE JOB INJURY | ☒ USE OF FORCE | ☒ INJURY | ☐ OTM RETURNS |
|---|---|---|---|---|---|
| ☒ UNUSUAL OCCURRENCE | | ☐ PRE AD/SEG ADMISSION | ☐ R&R | ☒ OTHER Shot 40 mm | |

| NAME — LAST | FIRST | CDCR NUMBER | PERNR / INST. ID # | VISITOR ID # (SOMS) |
|---|---|---|---|---|
| SIMMONS | G | AV0527 | NA | NA |

| PLACE OF OCCURRENCE | DATE OF OCCURRENCE | TIME OF OCCURRENCE | TIME SEEN | RN NOTIFIED TIME | PHYSICIAN NOTIFIED TIME |
|---|---|---|---|---|---|
| D4 - A pod | 12-28-2021 | 1118 | 1120 | RN Thanh Truc at 1125 | NA |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

I/P stated " No, I'm good "

Refer to RN Thanh Truc for further evaluation at 12-28-2021 at 1125.

| INJURIES FOUND? | YES / NO | |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 (circled) | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| Swollen Area | 10 | |
| Pain | 8/10 | 11 (circled) |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 (circled) | |
| Skin Flap | 15 | |
| Pre-Existing | 16 | |
| Other Shot 40 mm (circled) | 17 (circled) | |
| | 18 | |

| Chemical Agent Exposure? | YES / NO (NO circled) | |
|---|---|---|
| Chem. Agent Exposure Area | NA | EX |

Decontaminated w/ Water?
YES / NO (circled) / REFUSED

Decontaminated w/ Air?
YES / NO (circled) / REFUSED

Self-decontamination Instructions given ? YES / NO (circled)

Staff issued Exposure packet ? YES / NO (circled)

**Q 15 min. check times**

| Initial | NA | 1st Check | NA |
|---|---|---|---|
| 2nd Check | NA | Final | NA |

TIME/DISPOSITION RTC at 1130

Right

Left

Front

1994 11 17

Back

| REPORT COMPLETED BY/TITLE (PRINT AND SIGN) | PERNR / INST. ID # | RDOs | ASSIGNMENT AREA |
|---|---|---|---|
| H Nguyen RN | [redacted] | Sun/Mon | D4 |

**CDCR**                                    **INCIDENT REPORT PACKAGE**                        **PAGE:**    22
**REPORT NO. IRTR161 - 12**                                                                    **PROCESSED:** 01/05/2022  16:16
                                   **INCIDENT LOG NUMBER: 000000000032534**                   **REQUESTOR:**  D. Moyer

                                          **ELECTRONIC DOCUMENT**


                        **DOCUMENT TYPE:** Other
                                **TITLE:** 128-MH5
**PREPARED BY STAFF MEMBER INVOLVED:** J. Thich
                        **PAGE NUMBER:**        1


                    **(If document file type is supported, document will start on the next page)**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 'C'

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                       CDC 128 B (Rev 4/74)
**NAME    LEWIS            BP0880            D4-102U**

On Tuesday, December, 2021 Inmate **LEWIS (BP0880)** and Inmate **SIMMONS (AV0527, D4-104U)** were involved in a one on one fight on Facility D, building D4 during phones/showers in which custody staff observed this incident, force was utilized to quell this incident. During the interview both inmates agreed to sign compatibility chronos. Both Inmates agreed that they do not have a problem with each other and agree they can coexist on the Facility D Yard. Both inmates agreed that they are not enemies and should not be listed on each other's CDCR 812.

**LEWIS**                                    **SIMMONS**
**BP0880**                                   **AV0527**

        Orig:   C-File
        Cc:     Correctional Counselor I
                Disciplinary Officer         M. Perez
                Inmate                       Facility D Program Sergeant
                                             Salinas Valley State Prison

**DATE:    12/28/21**                        **COMPATIBILITY CHRONO**

---

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS
                                                                       CDC 128 B (Rev 4/74)
**NAME    SIMMONS          AV0527            D4-104U**

On Tuesday, December 28, 2021 Inmate **SIMMONS (AV0527)** and Inmate **LEWIS (BP0880, D4-102U)** were involved in a one (1) on one (1) fight on Facility D, building D4 during phones/showers in which custody staff observed this incident, force was utilized to quell this incident. During the interview both inmates agreed to sign compatibility chronos. Both Inmates agreed that they do not have a problem with each other and agree they can coexist on the Facility D Yard. Both Inmates agreed that they are not enemies and should not be listed on each other's CDCR 812.

**SIMMONS**                                  **LEWIS**
**AV0527**                                   **BP0880**

        Orig:   C-File
        Cc:     Correctional Counselor I
                                             M. Perez
                                             Facility D  Program Sergeant
                                             Salinas Valley State Prison

                                             **COMPATIBILITY CHRONO**

CDCR                              **INCIDENT REPORT PACKAGE**                    **PAGE:**     23
**REPORT NO. IRTR161 - 12**                                                      **PROCESSED:** 01/05/2022  16:16
                          **INCIDENT LOG NUMBER: 000000000032534**               **REQUESTOR:** D. Moyer

                                    **ELECTRONIC DOCUMENT**

                    **DOCUMENT TYPE:** Other
                            **TITLE:** 128B - COMP CHRONO
**PREPARED BY STAFF MEMBER INVOLVED:** M. Perez
                    **PAGE NUMBER:**      1


            **(If document file type is supported, document will start on the next page)**

| | | |
|---|---|---|
| **CDCR** | **INCIDENT REPORT PACKAGE** | **PAGE:** 18 |
| **REPORT NO. IRTR161 - 12** | | **PROCESSED:** 01/05/2022  16:16 |
| | **INCIDENT LOG NUMBER: 000000000032534** | **REQUESTOR:** D. Moyer |

## STAFF NARRATIVE

| | |
|---|---|
| **STAFF NAME:** Avila,███ | **NARRATIVE TYPE:** Initial Report |
| **CREATED DATE:** 12/28/2021 | **CREATED TIME:** 16:44:01 |

### NARRATIVE

On Tuesday December 28, 2021 at approximately 1118 hours while performing my duties as D4 control, I released Inmate Lewis BP0880 D4-102U for a ducat for indoor group to the Mental Health Building. Inmate Lewis approach Inmate Simmons AV0527  D4-104U and started striking Inmate Simmons on his upper torso and facial area with his fist. Inmate Simmons started striking back at Inmate Lewis upper torso and facial area. Both inmate were later identified by their state issued ID cards. I notified central control via Institutional Radio "code 1: D4 A- Pod 1 on 1 fight" and activated my Personal Alarm Device (PAD). I ordered both combative inmates to "get down" with negative results as both Inmates continued to fight striking each other with their fist on their upper torso and facial area. To prevent further injury and gain compliance with a lawful order and to subdue an attacker I deployed one (1) direct impact foam baton round from my state issued 40 millimeter (40mm) less lethal launcher, aiming at Inmate Simmons lower zone 1 front right thigh, from the elevated position behind a barricade of A section dayroom window approximately 20 feet away. Due to the velocity of the round and the Inmates rapid movements I did not see where the round impact. Both Inmates separated and assumed a prone position. Responding staff arrived and placed both Inmates in handcuffs and were escorted to separate holding cells for medical evaluation.

M. Avila

STAFF SIGNATURE

**DATE:** 12/28/2021

**BADGE** ███

**PERNR:** ███

| | |
|---|---|
| **NARRATIVE REVIEWED:** Yes | **REVIEWED BY STAFF:** Thich,███ |
| **REVIEWED DATE:** 12/28/2021 | **REVIEWED TIME:** 16:47:49 |

| CDCR | INCIDENT REPORT PACKAGE | PAGE: 17 |
|---|---|---|
| REPORT NO. IRTR161 - 12 | | PROCESSED: 01/05/2022  16:16 |
| | INCIDENT LOG NUMBER: 000000000032534 | REQUESTOR: D. Moyer |

## STAFF NARRATIVE

| STAFF NAME: Roque, ██ | NARRATIVE TYPE: Initial Report |
|---|---|
| CREATED DATE: 12/28/2021 | CREATED TIME: 13:25:40 |

### NARRATIVE

On December 28, 2021  while working as  D4 floor 1 officer,  at approximately 1118 hours  while releasing for pill line I hear over the via institutional radio code 1 D4 A-pod 1 on 1 fight.  AS I arrived in A-pod I see inmate Simmons (AV0527 D4-104U) and Inmate Lewis (BP0880 D4-102U) both in a prone position. Both inmates were later identified by their state issue identification card.  Officer C. Santos provided coverage while place inmate Lewis in handcuffs. Once in handcuffs I conducted a clothed body search with negative results of contraband. Officer Santos and I escorted inmate Lewis to the holding cell 1. I search the holding before placing inmate Lewis with negative results of contraband.  Officer Santos conducted a unclothed body search with negative results.

| R. Roque | DATE: 12/28/2021 |
|---|---|
| STAFF SIGNATURE | |

| BADGE #: ██ | PERNR: ██ |
|---|---|

| NARRATIVE REVIEWED: Yes | REVIEWED BY STAFF: Thich, ██ |
|---|---|
| REVIEWED DATE: 12/28/2021 | REVIEWED TIME: 16:39:57 |

| STAFF NAME: Santos, ██ | NARRATIVE TYPE: Initial Report |
|---|---|
| CREATED DATE: 12/28/2021 | CREATED TIME: 12:05:43 |

### NARRATIVE

On Tuesday, December 28, 2021 while performing my duties as D yard Officer #4 at approximately 1118 hours I heard an audible alarm via my issued institutional radio "code 1 D4 one on one fight."  I responded to D4 A-pod and observed two inmates in the prone position.  Forming an arrest team with Correctional Officer R. Roque, I provided coverage as Roque placed handcuffs on Inmate Lewis (BP-0880, D4-102U) and performed a clothed body search with negative results for contraband.   C/O Roque and I assisted Inmate Lewis to his feet and escorted him to the holding cell #1 in the rotunda in Building D4. Roque performed a visual search of holding cell #1 with negative results for contraband.  Securing Lewis in the holding cell #1 I removed the handcuffs and performed an unclothed body search with negative results for contraband.

| . CARLOS.SANTOS1 | DATE: 12/28/2021 |
|---|---|
| STAFF SIGNATURE | |

| BADGE #: ██ | PERNR: ██ |
|---|---|

| NARRATIVE REVIEWED: Yes | REVIEWED BY STAFF: Thich, ██ |
|---|---|
| REVIEWED DATE: 12/28/2021 | REVIEWED TIME: 16:39:49 |