UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL D. SIMMONS,<br><br>    Plaintiff,<br><br>  v.<br><br>M. AVILA,<br><br>    Defendant. | Case No. 22-cv-01851-AMO (PR)<br><br>**ORDER GRANTING REQUESTS TO STAY ACTION AND TO REFER ACTION FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 24 |

Plaintiff, a state prisoner who is currently incarcerated at the Los Angeles County Jail, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging an Eighth Amendment violation against Defendant M. Avila.

The parties have requested that a settlement conference be scheduled to resolve their disputes and that the case be stayed in anticipation of settlement proceedings.[1] Dkt. 24. Such requests are GRANTED.

Accordingly, the Court hereby REFERS this case to Magistrate Judge Robert M. Illman for settlement proceedings pursuant to the Pro Se Prisoner Mediation Program. Such proceedings shall take place within 120 days of the date this Order is filed, or as soon thereafter as Magistrate Judge Illman's calendar will permit. Magistrate Judge Illman shall coordinate a place, time and date for one or more settlement conferences with all interested parties and/or their representatives and, within ten (10) days after the conclusion of all settlement proceedings, shall file with the Court a report thereon.

---

[1] Defendant's attorney, Deputy Attorney General Brittany Boiko, states that "[t]he parties in this case have agreed to voluntarily participate in a settlement conference." Dkt. 24 at 1.

The Clerk of the Court is directed to serve Magistrate Judge Illman with a copy of this Order, and with a copy of the October 11, 2022 Service Order (dkt. 12), and to notify Magistrate Judge Illman that a copy of the court file can be retrieved from the Court's electronic filing database.

In view of the referral, further proceedings in this case are hereby STAYED. The Clerk shall ADMINISTRATIVELY CLOSE this case until further order of the Court. If the case is not settled, the Court will reopen it and enter a new scheduling order for further proceedings.

This Order terminates Docket No. 24.

**IT IS SO ORDERED.**

Dated: August 4, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge